# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

GINS GEORGII, A# 249138076,

      **Petitioner,**

v.                                                 **Case No. 2:26cv13**

PAM BONDI, *et al.*,

      **Respondents.**

## ORDER

This matter was referred back to the Court after Petitioner filed an Emergency Motion to Enforce Habeas Order, ECF No. 24. Respondents are **ORDERED** to file a response to Petitioner's motion no later than May 26, 2026. Along with their response, Respondents shall further submit to the Court either an audio file of Petitioner's bond hearing held on May 8, 2026, or a transcript of that proceeding.

The Clerk is **DIRECTED** to forward a copy of this Order to Petitioner and to counsel of record for Respondents.

                                           /s/
                            Lawrence R. Leonard
                            United States Magistrate Judge
                                  Lawrence R. Leonard
                               United States Magistrate Judge

Norfolk, Virginia
May 18, 2026