**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**GINS GEORGII,**

**Petitioner,**

**v.** **Case No. 2:26cv13**

**PAM BONDI, *et al.*,**

**Respondents.**

# ORDER

Pending before the Court are two motions filed by Petitioner. ECF Nos. 28, 29. First, Petitioner filed a Motion to Add Additional Mailing Address and Serve Courtesy Copies. ECF No. 28. Therein, Petitioner states that due to his detention, he relies substantially on the assistance of his spouse in reviewing filings, monitoring deadlines, preparing responses, and assisting with litigation in this matter. ECF No. 28. He contends that providing courtesy copies would ensure timely access to filings and orders and would prevent prejudice resulting from delays inherent in detention mail systems. Because Petitioner's wife is not a party in this action, the Court cannot provide her courtesy copies or add her mailing address to the docket.

Second, Petitioner filed a Motion for Access to Sealed Documents. ECF No. 29. In that motion, he asks that his spouse be permitted to access sealed filings and sealed docket materials in this matter. ECF No. 29. The Court notes that there are no documents filed under seal in Petitioner's case. However, in civil immigration cases, most documents are limited to court users, case participants, and public terminal users.[1] This is a matter of court policy, and the Court cannot grant Petitioner's wife access to such documents.

---

[1] *See* Eastern District of Virginia E-Filing Policies and Procedures Manual, at 12, *available at* https://www.vaed.uscourts.gov/e-filing-policies-and-procedures-manual.

The Court empathizes that Petitioner is detained and his wife's access to documents is subject to constraints by the Court's filing systems. However, Petitioner has submitted timely and competent filings throughout this case, even though his wife has not received courtesy copies or had access to restricted documents thus far. Accordingly, her restricted access to court documents does not appear to prejudice Petitioner.

For these reasons, the Court **DENIES** Petitioner's Motions, ECF Nos. 28–29.

The Clerk is **DIRECTED** to forward a copy of this Order to Petitioner and to counsel of record for Respondents.

/s/
Lawrence R. Leonard
United States Magistrate Judge
Lawrence R. Leonard
United States Magistrate Judge

Norfolk, Virginia
August 4, 2026