IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

GINS GEORGII,

Petitioner,

v. Civil No. 2:26cv13

PAMELA BONDI, *et al.*,

Respondents.

**FINAL ORDER**

Before the Court is *pro se* Petitioner Gins Georgii's Emergency Motion to Enforce Habeas Order, ECF No. 24. Previously, this Court entered an order requiring that Petitioner receive a bond hearing. ECF No. 21. The Motion alleges that Petitioner's bond hearing violated his due process rights. ECF No. 24. Respondents filed an opposition to the Motion, ECF No. 27, and Petitioner filed a reply, ECF No. 30.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B). Order, ECF No. 25. In a Report and Recommendation ("R&R") entered on August 4, 2026 (ECF No. 32) the Magistrate Judge recommended that Petitioner's Motion be granted, and that he be released from custody. The parties were advised of their right to file written objections to the R&R. Neither the Petitioner nor the Respondents filed an objection with the Court, and the time to do so has expired.

Having reviewed the R&R and having considered the record and finding no error, it is **ORDERED** that the R&R (ECF No. 32) is **ADOPTED** as the opinion of

the Court, and Petitioner's Motion (ECF No. 24) is **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

1. Respondents **SHALL** release Mr. Georgii under appropriate conditions of release within **ONE DAY** of this Order;
2. Respondents are **ENJOINED** from rearresting Mr. Georgii, unless (1) he has committed a new violation of any federal, state, or local law, (2) he has failed to attend any properly noticed immigration or court hearing, (3) the Fourth Circuit lifts its stay of removal and Mr. Georgii is subject to a final order of removal, or (4) Mr. Georgii violates any conditions of his release order.

The Clerk is **DIRECTED** to forward a copy of this Order to the *pro se* Petitioner and counsel of record for the Respondents.

It is so **ORDERED**.

/s/

Arenda L. Wright Allen
Senior United States District Judge

Date: August 19, 2026
Norfolk, Virginia